UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>   v.<br><br>STEVEN T. LOO,<br><br>              Defendant. | CASE NO. 2:24-cr-00072-LK<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the parties' Stipulated Motion for Trial Continuance. Dkt. No. 16. They seek to continue the trial date from July 1, 2024 to January 27, 2025, and to continue the pretrial motions deadline from May 23, 2024 to December 2, 2024. *Id.* at 1–2; *see also* Dkt. No. 7 (setting current trial date and pretrial motions deadline).[1]

---

[1] The parties state that they are aware that the Court's "standing order for all criminal cases provides that the Court typically sets the pretrial motions deadline six weeks before trial," but they have proposed an earlier date "because the complex legal and factual issues may result in more extensive Pre-Trial Motions and to allow for all briefing to be completed before the end of the year holidays." Dkt. No. 16 at 2–3.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 1

1     Mr. Loo is charged with six counts of Tax Evasion in violation of 26 U.S.C. § 7201 and 18
2  U.S.C. § 2, and six counts of Making and Subscribing to a False Tax Return in violation of 26
3  U.S.C. § 7206(1) and 18 U.S.C. § 2. Dkt. No. 1 at 5–8.

4     The parties request a new trial date of January 27, 2025 because "[t]his case involves a
5  very large volume of discovery materials," discovery is ongoing, and "the charges in the
6  Indictment raise complex legal and factual issues." Dkt. No. 16 at 2. They aver that "given the
7  large volume of discovery and the complexity of the legal and factual issues, it would be
8  unreasonable to expect adequate preparation for pre-trial proceedings and for the trial itself without
9  a continuance of the trial and pre-trial motions dates." *Id.* Mr. Loo has waived his speedy trial
10 rights until February 10, 2025. Dkt. No. 17 at 1.

11    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by
12 granting a continuance outweigh the best interest of the public and Mr. Loo in any speedier trial.
13 Specifically, the Court finds that failure to grant the requested continuance would likely result in
14 a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
16 In addition, considering the volume of discovery, the complexity of this case due to the nature of
17 the prosecution and the charges contained in the Indictment, it would be unreasonable to expect
18 the parties to complete all pre-trial litigation without a continuance of the trial date and pretrial
19 motions deadline. *Id.* § 3161(h)(7)(B)(ii). The Court finds that the additional time requested is a
20 reasonable period of delay and is necessary to provide counsel and Mr. Loo sufficient time for
21 effective preparation.

22    For these reasons, the Court GRANTS the motion, Dkt. No. 16, and ORDERS that the trial
23 date shall be continued from July 1, 2024 to January 27, 2025, and the pretrial motions deadline
24 shall be continued from May 23, 2024 to December 2, 2024. It is further ORDERED that, pursuant

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE - 2

1  to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new
2  trial date is EXCLUDED when computing the time within which Defendant's trial must commence
3  under the Speedy Trial Act.
4        The Court further finds that the Proposed Scheduling Order the parties submitted, Dkt. No.
5  16-2, is reasonable in large part, and the Court adopts it in part with the following exceptions: the
6  Government's exhibit list, witness list, and proposed jury instructions are due 1/6/2025; the
7  Defendant's exhibit list, witness list, and proposed alternative/supplemental jury instructions are
8  due 1/10/2025; the Government's supplemental proposed jury instructions are due 1/15/2025; and
9  the pretrial conference will be held on 1/17/2025. The Court will enter a separate scheduling order
10 for ease of reference.

12       Dated this 3rd day of June, 2024.

*[signature: Lauren King]*

Lauren King
United States District Judge